IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATRICK J. MAHONEY et al.,<br><br>　　　　Defendants._____/ | No. C 10-03211 CRB<br><br>**ORDER DENYING TEMPORARY RESTRAINING ORDER** |

    Plaintiff Archibald Cunningham has filed a Motion for Temporary Restraining Order in which he seeks to have the Court enjoin Defendants–his ex-wife, her counsel, and six state court judges–from engaging in a series of actions in connection with his status as a Vexatious Litigant. The crux of Plaintiff's argument is that California's Vexatious Litigant statute, California Code of Civil Procedure § 391.7, is unconstitutional.

    The Court finds that Plaintiff is unlikely to succeed on the merits. In his earlier suit about the same events and against the same parties[1], this Court, Judge Jeffery S. White presiding, found that Plaintiff failed to state a claim because his claims were barred by absolute judicial immunity and because this Court lacks jurisdiction to review state court judgments. See case no. 10-1182 JSW, dckt. no. 45 at 3. That finding was summarily affirmed by the Ninth Circuit. Id. at dckt. no. 51. Plaintiff's argument here that section

---

[1] In this suit, Plaintiff has added one additional defendant who was not a party to the first suit: Maria Schopp, counsel for his ex-wife.

1  391.7 is unconstitutional is additionally problematic in light of <u>Wolfe v. George</u>, 486 F.3d
2  1120 (9th Cir. 2007).  In <u>Wolfe</u>, 486 F.3d at 1125-27, the Ninth Circuit found that section
3  391.7 was not unconstitutionally vague, nor overbroad, and that it violated neither the Due
4  Process Clause nor the Equal Protection Clause.

    Accordingly, the Motion is DENIED.

    **IT IS SO ORDERED.**

Dated: September 28, 2010



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California