United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARCHIBALD CUNNINGHAM,     No. C 10-03211 CRB

    Plaintiff,     **SUA SPONTE REFERRAL ORDER**

  v.

PATRICK J. MAHONEY et al.,

    Defendants.
_____/

    Pursuant to Northern District Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Jeffrey S. White to determine whether it is related to Cunningham v. Mahoney, Case No. 10-1182 (JSW).

    **IT IS SO ORDERED.**

Dated: September 28, 2010

                                     CHARLES R. BREYER
                                     UNITED STATES DISTRICT JUDGE

cc:     Judge Jeffrey S. White

G:\CRBALL\2010\3211\order referring to JSW.wpd