IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM, | No. C 10-03211 JSW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JUDGE PATRICK J. MAHONEY, et al. | |
| Defendants. | |

On September 30, 2010, Plaintiff filed a Motion for Preliminary Injunction. The case was subsequently reassigned, and Plaintiff has re-noticed the motion for December 3, 2010. It is HEREBY ORDERED that Defendants' opposition to the motion shall be due on October 29, 2010, and Plaintiff's reply brief shall be due on November 5, 2010. If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: October 18, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD CUNNINGHAM et al, | Case Number: CV10-03211 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JUDGE PATRICK J. MAHONEY, et al. | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Archibald Cunningham
1489 McAllister St.
San Francisco, CA 94115

Dated: October 18, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2