**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ARCHIBALD CUNNINGHAM,                    No.  C 10-03211 JSW

10            Plaintiff,                     **ORDER SETTING BRIEFING
                                             SCHEDULE ON MOTION TO**
11       v.                                  **DISMISS**

12   JUDGE PATRICK J. MAHONEY, et al.

13            Defendants.
                                        /
14

15        On August 11, 2010, the Judicial Defendants in this case filed a Motion to Dismiss.  On

16   October 20, 2010, the defendants re-noticed the motion for a hearing before this Court on

17   December 3, 2010.  It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be

18   due on November 5, 2010, and Defendants' reply brief shall be due on November 12, 2010.  If

19   either party seeks to modify this briefing schedule, they must submit a request to the Court

20   demonstrating good cause for any such modification.  If the Court finds the matter suitable for

21   disposition without oral argument, it shall notify the parties in advance of the hearing date.

22        **IT IS SO ORDERED.**

23   Dated: October 21, 2010

                                             JEFFREY S. WHITE
24                                           UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  ARCHIBALD CUNNINGHAM et al,          Case Number: CV10-03211 JSW

            Plaintiff,

7                                       **CERTIFICATE OF SERVICE**

8     v.

9  JUDGE PATRICK J. MAHONEY, et al.

            Defendant.

10  _____/

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
12  District Court, Northern District of California.

13  That on October 21, 2010, I SERVED a true and correct copy(ies) of the attached, by
    placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
    listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
14  inter-office delivery receptacle located in the Clerk's office.

15

16

17  Archibald Cunningham
    1489 McAllister St.
18  San Francisco, CA 94115

19  Dated: October 21, 2010

    *Jennifer Ottolini*
20  Richard W. Wieking, Clerk
    By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28

2